

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2021

No. 04-21-00341-CV

**IN RE** Hector **SANCHEZ**

Original Mandamus Proceeding[1]

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-2853-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Liza A. Rodriguez, Justice

On September 2, 2021, relator filed an amended petition for writ of mandamus in this court. After considering the amended petition, amended brief, and mandamus record, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the amended petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 15, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court

---

[1] This proceeding arises out of Cause No. 19-2853-CV-A, styled *In the Matter of the Marriage of Adela Porcallo and Hector Sanchez*, pending in the 2nd 25th Judicial District Court, Guadalupe County, Texas, the Honorable Jessica R. Crawford presiding.